TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1450 Irvine, CA 92618
troutman@troutmanamin.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| DANIEL BIRD, *individually and on behalf of a class of all persons and entities similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>QUELL PEST CONTROL, LLC,<br><br>Defendant. | Case No. 2:26-cv-02459-PHX-SMB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT QUELL PEST CONTROL, LLC'S MOTION TO STRIKE CLASS ALLEGATIONS PURSUANT TO FED. R. CIV. P. 12(f)** |

On July 13, 2026, Defendant Quell Pest Control, LLC ("Defendant") filed a Motion to Strike Class Allegations ("Motion").

The Court, having considered Defendant Quell Pest Control, LLC's Motion and the parties' respective papers and all other matters presented to the Court and good cause having been found pursuant to Federal Rules of Civil Procedure 12(f), hereby GRANTS the Motion to Strike Class Allegations and ORDERS as follows:

1

1.    Paragraphs twenty-four through thirty-nine are stricken from Plaintiff's Complaint (Dkt. No. 1), as are any references in the Complaint to a putative class.

**IT IS SO ORDERED**.

Dated: _____        _____

HON. SUSAN M. BRNOVICH
UNITED STATES DISTRICT JUDGE

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1450 Irvine, CA 92618
troutman@troutmanamin.com

2