TROUTMAN AMIN, LLP
Eric J. Troutman (CA State Bar # 229263)
Brittany A. Andres (CA State Bar # 340856)
Oliver R. Shapiro (CA State Bar # 323624)
troutman@troutmanamin.com
brittany@troutmanamin.com
400 Spectrum Center Drive
Suite 1450
Irvine, California 92618
Telephone: +1 949 350 3663
Facsimile: +1 949 203 8689

Attorney for Defendant
Quell Pest Control, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

DANIEL BIRD, *individually and on behalf of a class of all persons and entities similarly situated,*

Plaintiff,

v.

QUELL PEST CONTROL, LLC,

Defendant.

Case No. 2:26-cv-02459-PHX-SMB

**DEFENDANT QUELL PEST CONTROL, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendant Quell Pest Control ("Quell"), by and through its undersigned counsel, hereby respectfully submits this notice of the attached order in *Rush v. SelectQuote Ins. Servs., Inc.*, No. 6:26-cv-03157-MBB, 2026 WL 2495598 (W.D. Mo. July 30, 2026), as supplemental authority in support of its pending Motion to Dismiss (Dkt. No. 15) ("Motion"). This case does not represent legal authority available at the time of the original filing of the Motion, which was filed on July 13, 2026, nor when Quell filed its Reply to Response to the Motion (Dkt. No. 20) on July 21, 2026, before the *Rush* order was issued.



TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1450 Irvine, CA 92618
troutman@troutmanamin.com

*Rush* dismissed a putative class action brought solely under 47 U.S.C. § 227(c)(5), holding that the text messages alleged were ***not*** "telephone calls." 2026 WL 2495598, at *1. The court held that "[t]he plain and ordinary language of § 227(c)(5) is clear: the private right of action applies only to telephone calls, not text messages." *Id.*

Congress did not define "telephone calls," so the court looked to the term's ordinary meaning in 1991, when the TCPA was enacted, and concluded that text messages do not "reproduce[e] sounds at a distance" and that text messaging is not an "act of calling on the telephone." *Id.* at *2. The court rejected the plaintiff's policy arguments as an impermissible basis for construing unambiguous statutory language. *Id.*

A copy of the *Rush* order is attached. Defendant respectfully submits it for the Court's consideration

.

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1450 Irvine, CA 92618
troutman@troutmanamin.com

Dated: August 26, 2026

TROUTMAN AMIN, LLP

By: <u>*/s/ Oliver R. Shapiro*</u>
Eric J. Troutman (*pro hac vice*)
Brittany A. Andres (*pro hac vice*)
Oliver R. Shapiro (*pro hac vice*)

*Attorneys for Defendant Quell Pest Control, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2026, a copy of the foregoing was served by ECF to counsel of record.

<u>*/s/ Oliver R. Shapiro*</u>
Oliver R. Shapiro