**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Daniel Bird,<br>Plaintiff,<br>v.<br>Quell Pest Control LLC,<br>Defendant. | No. CV-26-02459-PHX-SMB<br>**ORDER** |

The Court has been advised that this case has settled. (Doc. 23)

**IT IS ORDERED:**

1. This matter will, without further Order of this Court, be dismissed with prejudice within 45 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

2. All pending hearings and deadlines are vacated.

3. All pending motions are found to be moot.

4. The Clerk is directed to **terminate** this matter on **October 30, 2026** without further leave of Court.

Dated this 31st day of August, 2026.

Honorable Susan M. Brnovich
United States District Judge